ANDERSON DODSON P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/2026

September 29, 2026

Hon. Nelson S. Román
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

VIA ECF ONLY

Re: *Brea Dominguez v. Ribevy Realty Co., LLC, et al.*, No. 7:25-cv-09782 (NSR)
Motion to Withdraw Motion to Compel Execution of Settlement Agreement

MEMO ENDORSED

Your Honor:

We represent Plaintiff Edison Brea Dominguez in the above-referenced action. We respectfully submit this Motion to Withdraw the Motion to Compel Execution of Settlement Agreement filed on September 29, 2026. [Dkt. 20].

After the filing of the motion, Defendants' counsel provided a final version of the Settlement Agreement to Plaintiff's counsel which we hope will put us back on track to meet the October 5, 2026, deadline for the filing of the Motion for Settlement Approval.

Thus, we respectfully request the court to withdraw the Motion to Compel Execution of Settlement Agreement filed on September 29, 2026.

Thank you for your consideration of these matters.

Sincerely,

Penn Dodson, Esq.
*penn@andersondodson.com*

**Because Defendants' counsel has provided a final version of the settlement agreement to Plaintiff's counsel, the Court denies Plaintiff's motion to compel as moot. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 20 and 23.**

**Dated: September 30, 2026**
**White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

cc: All counsel of record (via ECF)